# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2151 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 185 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 19026 |
| ROBERT T. SEIWELL, | : | |
| Respondent | : | (Chester County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 10th day of April, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated March 20, 2015, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Pa.R.D.E. 215(g), and it is

ORDERED that Robert T. Seiwell is suspended on consent from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Pa.R.D.E. 217.